UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| MOLLY FITZPATRICK,<br>   Plaintiff,<br><br>v.<br><br>CITY OF OLD TOWN<br>and<br>KEITH EMERY,<br>   Defendant | )<br>)<br>)<br>)<br>)  Civil No. 1:16-CV-076-JAW<br>)<br>)<br>)<br>)<br>) |

### MOTION TO DISMISS WITH PREJUDICE

NOW COMES Plaintiff Molly Fitzpatrick, by and through undersigned counsel, and hereby moves this Court for an order dismissing the above-docketed matter with prejudice, and states as follows.

The parties to this matter have reached an out-of-court resolution. Plaintiff and Defendants are in agreement that this matter should be dismissed with prejudice and without costs to either party.

WHEREFORE, Plaintiff respectfully requests that this Court dismiss the above-docketed matter with prejudice.

Date:  4/27/16   /s/Walter F. McKee
  WALTER F. MCKEE, ESQ.

  /s/Matthew D. Morgan
  MATTHEW D. MORGAN, ESQ.
  Attorneys for Plaintiff
  McKee Billings, LLC, P.A.
  133 State Street
  Augusta, ME.  04330
  (207) 620-8294

UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| MOLLY FITZPATRICK,           )<br>        Plaintiff,                         )<br>                                              )<br>v.                                           )<br>                                              )   Civil No. 1:16-CV-076-JAW<br>CITY OF OLD TOWN              )<br>and                                         )<br>KEITH EMERY,                      )<br>        Defendant                    )  | |

CERTIFICATE OF SERVICE

   I hereby certify that this Plaintiff's Motion to Dismiss with Prejudice has been filed with the Court on April 27, 2016 using the CM/ECF system which will send notice of electronic filing to parties and counsel of record.

/s/Walter F. McKee
Walter F. McKee
Attorney for Plaintiff